No. 17,060.

AUSTIN COMPANY ET AL. *v.* INDUSTRIAL COMMISSION ET AL.
(259 P. [2d] 872)

Decided July 6, 1953.   Rehearing denied August 3, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. JANUARY & YEGGE, MARGARET R. BATES, for plaintiffs in error.

Messrs. GELT & GROSSMAN, Mr. SIDNEY H. TELLIS, for defendant in error Craig.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. PETER L. DYE, Assistant, for defendant in error Industrial Commission.